IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK WOODARD,

                Plaintiff,

v.

CITY OF BELOIT, WISC., SCHNEIDER,
E. KRUGER, ROCK COUNTY, WISC.,
and ASSESSOR,

                Defendants.

OPINION and ORDER

22-cv-685-jdp

---

In a March 24, 2023 order, this court gave plaintiff Mark Woodard a final opportunity to file proof of service or show good cause for his failure to serve defendants. Woodard has not responded to that order. Accordingly, IT IS ORDERED that this case is DISMISSED without prejudice.

Entered May 1, 2023.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge